HENRY J. BARR ET AL., PLAINTIFF IN ERROR, v. JAMES FLEMING, DEFENDANT IN ERROR.

Argued June 27, 1898—Decided June 27, 1898.

On error to the Supreme Court. For opinion of the Supreme Court, see 32 *Vroom* 431.

For the plaintiff in error, *Alan H. Strong.*

For the defendant in error, *John S. Voorhees.*

VOL. XXXIII.                    29

PER CURIAM.

The opinion of the Supreme Court was affirmed for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH. 11.

*For reversal*—None.